

# MANDATE
## The Fourteenth Court of Appeals
NO. 14-12-01085-CR

Travoy Ramon Hollie, Appellant

v.

The State of Texas, Appellee

Appealed from the 248th District Court of Harris County. (Tr. Ct. No. 1326496). Memorandum Opinion delivered by Justice Ken Wise. Chief Justice Frost and Justice Jamison also participating.

**TO THE 248TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on July 29, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **MODIFIED** to reflect court costs of $424.

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, January 09, 2015.

**CHRISTOPHER A. PRINE, CLERK**